# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 109 MM 2019

         Respondent            :

        v.                  :

DAVID DERRY,                :

         Petitioner             :

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of December, 2019, the "Motion to File Petition *Nunc Pro Tunc*," treated as a Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, is GRANTED. Counsel is DIRECTED to file a Petition for Allowance of Appeal within 15 days.